■ Kevin McDermott et al., Respondents, v Jon Chapski, Individually and as a Member of East End Restaurant Holdings, LLC, et al., Appellants. [32 NYS3d 492]—Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered March 5, 2015, which denied defendants' motion to vacate a default judgment, and order, same court and Justice, entered June 23, 2015, which, to the extent appealed from as limited by the briefs, denied defendants' motions to set aside a JHO's report and to vacate the court's order confirming the report, unanimously reversed, on the law, without costs, the judgment vacated, and the motion granted. Defendants are directed to serve an answer to the complaint within 30 days after service upon them of a copy of this order with notice of entry.

Defendants put forth a reasonable excuse for their default and established potentially meritorious defenses. Accordingly defendants are entitled to vacatur of the default judgment and an opportunity to address the matter on its merits (CPLR 5015

[a] [1]; *D&R Global Selections, S.L. v Bodega Olegario Falcón Piñeiro*, 90 AD3d 403 [1st Dept 2011]). Concur—Friedman, J.P., Andrias, Saxe and Richter, JJ.